GARY E. JOHNSON v. VICTOR PROPES, DIRECTOR, MINNEAPOLIS DEPARTMENT OF CIVIL RIGHTS.

247 N. W. 2d 433.

November 26, 1976—No. 46442.

*Wetherbee & Baker* and *Jack Baker,* for appellant.

*Walter J. Duffy, Jr.,* City Attorney, and *Jerome R. Jallo,* Assistant City Attorney, for respondent.

Considered and decided by the court without oral argument.

PER CURIAM.

The issues raised in this appeal are governed by our decision in Fownes v. Hubbard Broadcasting, Inc. 310 Minn. 540, 246 N. W. 2d 700 (1976), wherein we determined that attorneys fees and related costs are not recoverable in a mandamus action under Minn. St. 586.09.

Affirmed.